# Exhibit D

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BARBARA DAVIE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-CV-00421 |
| § | |
| ASI LLOYDS AND AARON REAGAN, § | |
| § | |
| Defendants. § | |

## INDEX

Exhibit A   *Jose Plascencia v. State Farm Lloyds and Feliciano Gallegos*; Civil Action No. 4:14-CV-524-A; In the United States District Court, Northern District of Texas, Fort Worth Division

Exhibit B   *Syp-Empire L.C. d/b/a Grandy's v. Travelers Cas. Ins. Co. of Am.*, Civil Action No. 4:15-cv-213-A; In the United States District Court, Northern District of Texas, Fort Worth Division

Exhibit C   *Elton G. Vann, Jr. v. Allstate Ins. Co.*; Civil Action No. 4:15-cv-277-A; In the United States District Court, Northern District of Texas, Fort Worth, Division

Exhibit D   Index of Documents

Exhibit E   A copy of the State Court Docket Sheet for the state court action

Exhibit F   Documents filed in the state court action as listed below:

  1. Plaintiff's Original Petition
     Filed: April 29, 2015

  2  Return of Executed Citation on ASI Lloyds
     Executed: May 4, 2015 and Filed: May 7, 2015

  3. Return of Executed Citation on Aaron Reagan
     Executed: May 7, 2015 and Filed May 11, 2015

  4. Defendants ASI Lloyd and Aaron Reagan's Original Answer and Affirmative Defenses to Plaintiff's Original Petition
     Filed: May 22, 2015

Exhibit F   Certificate of Interested Persons