# Exhibit E



# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information      6/3/15 12:58 PM

| Cause Number: | 141-278157-15 | | | Date Filed: 04-29-2015 |
|---|---|---|---|---|
| | BARBARA DAVIE | \| VS \| | ASI LLOYDS, ET AL | |
| Cause of Action: | CONTRACT, INSURANCE | | | |
| Case Status: | PENDING | | | |

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 04-29-2015 | PLTF'S ORIG PETITION | N | I | 274.00 | |
| 04-29-2015 | COURT COST (PAID) trans #1 | Y | | | 274.00 |
| 04-29-2015 | SERVICE REQ FORM | I | | | 0.00 |
| 04-29-2015 | CIT Cert Mail-ISSUED ON ASI LLOYDS-On 04/29/2015 | N | Svc | 83.00 | |
| 04-29-2015 | CIT Cert Mail-ISSUED ON AARON REAGAN-On 04/29/2015 | N | Svc | 83.00 | |
| 04-29-2015 | COURT COST (PAID) trans #5 | Y | | | 83.00 |
| 04-29-2015 | COURT COST (PAID) trans #4 | Y | | | 83.00 |
| 04-29-2015 | COPIES - ELECTRONIC | N | | 24.50 | |
| 04-29-2015 | COURT COST (PAID) trans #8 | Y | | | 24.50 |
| 04-29-2015 | E-FILE TRANSACTION FEE | N | | 2.00 | |
| 04-29-2015 | COURT COST (PAID) trans #10 | Y | | | 2.00 |
| 05-06-2015 | CIT Cert Mail Tr# 4 RET EXEC(ASI LLOYDS) On 05/04/ 2015 | I | | | 0.00 |
| 05-11-2015 | CIT Cert Mail Tr# 5 RET EXEC(AARON REAGAN) On 05/0 7/2015 | I | | | 0.00 |
| 05-22-2015 | DEFN'S ORIG ANS & AFFIRMATIVE DEFENSES | I | | | 0.00 |
| 05-22-2015 | E-FILE TRANSACTION FEE | N | | 2.00 | |
| 05-22-2015 | COURT COST (PAID) trans #15 | Y | | | 2.00 |

**District Clerk's Office**

Tim Curry Justice Center

401 West Belknap, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster