UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BARBARA DAVIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-00421-Y |
| | § | |
| ASI LLOYDS and AARON REAGAN, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Barbara Davie ("Plaintiff") and Defendants ASI Lloyds and Aaron Reagan (collectively "Defendants") file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

1. Plaintiff filed her Original Petition against Defendants on April 29, 2015.

2. Defendants filed their Original Answer and Affirmative Defenses to Plaintiff's Original Petition on May 22, 2015.

3. Defendants subsequently removed this action to the United States District Court For The Northern District of Texas, Fort Worth Division on June 3, 2015.

4. Plaintiff and Defendants have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiff and Defendants do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

**ZELLE HOFMANN VOELBEL & MASON LLP**

By: */s/ Todd Tippett*
   Todd M. Tippett
   Texas Bar No. 24046977
   TTippett@zelle.com
   Andrew A. Howell
   Texas Bar No. 24072818
   AHowell@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:  214-742-3000
Facsimile:  214-760-8994

**ATTORNEYS FOR DEFENDANTS ASI LLOYDS AND AARON REAGAN**

– and –

**THE POTTS LAW FIRM, LLP**

By: */s/ Matthew J. Worrall*
   Matthew J. Worrall
   Texas Bar No. 24070883
   mworrall@potts-law.com
   Andrew A. Woellner
   Texas Bar No. 24060850
   awoelnner@potts-law.com

100 Waugh Drive, Suite 350
Houston, TX   77007
Telephone:713-963-8881
Facsimile: 713-574-2938

**ATTORNEYS FOR PLAINTIFF BARBARA DAVIE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Joint Motion to Dismiss with Prejudice has been served this 4th day of August, 2015, by electronic filing as follows:

Matthew J. Worrall
Texas Bar No. 24070883
mworrall@potts-law.com
Andrew A. Woellner
Texas Bar No. 24060850
awoelnner@potts-law.com
**THE POTTS LAW FIRM, LLP**
100 Waugh Drive, Suite 350
Houston, TX   77007
Telephone:   713-963-8881
Facsimile:    713-574-2938

**ATTORNEYS FOR PLAINTIFF
BARBARA DAVIE**

　　　　　　　　　　　　　　　　　　　　　*/s/ Todd M. Tippett*
　　　　　　　　　　　　　　　　　　　　　Todd M. Tippett