```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

BARBARA DAVIE                §
                             §
VS.                          §     ACTION NO. 4:15-CV-421-Y
                             §
ASI LLOYDS and AARON REAGAN  §

### FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED August 13, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE